

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-23-00412-CV

___

IN THE INTEREST OF V.G., A CHILD

___

On Appeal from the 316th District Court
Hutchinson County, Texas
Trial Court No. 42033, Honorable James M. Mosley, Presiding

___

November 29, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Sandra Garcia, proceeding pro se, filed a notice of appeal from the trial court's *Child Support Review Order (Confirmation of Arrears and Modification)* without paying the requisite filing fee. By letter of November 1, 2023, the Clerk of this Court notified Garcia that the filing fee was overdue and that unless she was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by November 13 would result in dismissal of the appeal. To date, Garcia has neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Garcia has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam